1  Nossaman LLP
2  Thomas D. Long (SBN 105987)
   David Graeler (SBN 197836)
3  David J. Farkas (SBN 203821)
   445 S. Figueroa Street, 31st Floor
4  Los Angeles, California 90071
   Telephone: 213.612.7800
5  Facsimile: 213.612.7801
6  Email: tlong@nossaman.com
           dgraeler@nossaman.com
7          dfarkas@nossaman.com
8
   Attorneys for Plaintiff Federal Deposit Insurance
9  Corporation, as Receiver for IndyMac Bank, F.S.B.
10
   [Additional counsel listed on signature page]
11
12
13              **UNITED STATES DISTRICT COURT**
14              **CENTRAL DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B.<br><br>            Plaintiff,<br><br>            v.<br><br>SCOTT VAN DELLEN, RICHARD KOON, KENNETH SHELLEM, AND WILLIAM ROTHMAN,<br><br>            Defendants. | Case No.: 10-CV-04915 DSF (SHx)<br><br>**JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN**<br><br>Date of Scheduling Conf.: 11/15/10<br>Time: 11:00 a.m.<br>Place: Courtroom 840<br>            Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

394956.1_DOC

Pursuant to Federal Rule of Civil Procedure ("Rule") 26(f), the standing order for cases assigned to Judge Dale S. Fischer dated August 2010, the local rules and the Court's order of August 10, 2010 setting a scheduling conference, Plaintiff Federal Deposit Insurance Corporation ("FDIC" or "Plaintiff"), as Receiver for IndyMac Bank, F.S.B. ("IndyMac" or "Bank") and defendants Scott Van Dellen, William Rothman, Richard S. Koon, and Kenneth Shellem (the "Defendants") submit this report under Rule 26(f) of the initial conferences for the above-entitled action.  The initial conferences were held in person and by telephone on August 3, 2010 and November 1, 2010.

In light of the current status of the case and ongoing mediation efforts, the parties are proposing a discovery plan such that active discovery will not commence until January 2011.  In addition, as set forth in Section O below, Plaintiff estimates that taking all 68 counts alleged in the complaint to trial will take in excess of 180 court days.  Thus, Plaintiff proposes that 10 of the counts should be severed and tried first in a phase 1 trial. In light of the ongoing mediation and other practical considerations, the counts that would proceed to trial cannot be identified until February 2011.  Accordingly, the parties respectfully suggest that the Court may wish to continue the November 15, 2010 status conference to late February 2011.

A.   **Statement of the case:**

The FDIC filed this action in its capacity as receiver for IndyMac to recover losses arising out of the Bank's Home Builder Division ("HBD").  Defendants were the top managers of HBD.  The FDIC contends that IndyMac's losses on HBD's portfolio exceed $500 million.  The FDIC further contends that the Bank's losses from the operation of HBD stem from two significant departures from safe and sound banking practices.  First, HBD's management repeatedly disregarded HBD's credit policies in approving loans. Second, HBD's management continued to grow its portfolio at the tail end of the longest appreciating real estate market in over four decades, and even after they observed the market decline.  According to the FDIC, Defendants' decisions caused HBD to make

**JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN**

1  loans to borrowers who were not creditworthy and loans which were in violation of Bank

2  policy and insufficiently collateralized.  The FDIC contends these decisions were

3  negligent and breached each Defendant's fiduciary duty of care to IndyMac and, in turn,

4  led to significant losses.

5      Defendants deny all of these allegations and assert numerous affirmative defenses.

6  Defendants contend that the FDIC wants to make them uniquely liable for failing to

7  foresee the collapse of the housing market.  Defendants further contend they will

8  demonstrate the Business Judgment Rule applies (as discussed below) and will prove that

9  the underwriting at IndyMac was far above the standard in the industry.  Defendants

10  Shellem and Koon assert they will demonstrate that they were not involved in

11  administering many of the loans alleged in the complaint.  Defendants Van Dellen and

12  Rothman (who were both hired by the FDIC) contend they will prove that the FDIC's

13  own negligence resulted in most of the damages of which it now complains.

14      **B.**    <u>**Subject matter jurisdiction**</u>:

15      The FDIC's claims arise under federal law specifically including 12 U.S.C. §

16  1821(d)(2) and (k) and 12 U.S.C. § 1819(a).  This Court has jurisdiction over this action

17  under 28 U.S.C. §§ 1331 and 1345.  This Court also has supplemental jurisdiction over

18  state law claims pursuant to 28 U.S.C. § 1367.

19      **C.**    <u>**Legal issues**</u>:

20      Defendants contend that the Business Judgment Rule and/or common law

21  principles apply to require Plaintiff to prove gross negligence on their part.  Plaintiff

22  contends that the Business Judgment Rule in California (Calif. Corp. Code § 309) does

23  not apply to officers such as Defendants.  Even if the Business Judgment Rule does

24  apply, Plaintiff contends that Defendants had a greater duty of inquiry and otherwise

25  cannot satisfy the prerequisites of the Business Judgment Rule as an affirmative defense.

26  The case will turn on, among other things, proof of negligent underwriting of each of the

27  66 loans described in Counts 2 – 67 of the complaint which involve relationships with a

28

**JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN**

total of 34 different borrower relationships.  In addition, Plaintiff has asserted a cause of action in Count 1 for negligence based upon Defendants' failure to stop loan production at HBD altogether as conditions began to deteriorate starting no later than mid-2006. Plaintiff has also asserted a cause of action in Count 68 that addresses negligent underwriting in a number of 108 additional loans that have not yet been fully investigated by the FDIC.  The FDIC contends that these additional loans have an unpaid principal balance exceeding $280 million, a percentage of which will result in further losses to the FDIC.  Defendants deny all of Plaintiff's allegations and contend that the underwriting of each of the loans met the appropriate standard of care and was neither negligent nor grossly negligent.

**D.    Parties, evidence, etc.:**

The parties to this action are the FDIC and the Defendants identified above in the introduction.  The percipient witnesses identified to date were disclosed by each of the parties as part of the disclosures required by Rule 26 and are listed in attached **Exhibit B**. Most of the key documents are identified in the complaint and in Defendants' answers to the complaint.

**E.    Damages:**

Plaintiff requests an award of monetary damages subject to proof at trial but in an amount of at least $500 million sufficient to recoup the losses incurred on loans approved by Defendants.  Defendants maintain that the FDIC's allegations are without merit and that the FDIC is not entitled to any relief whatsoever.

**F.    Insurance:**

Limited directors' and officers' ("D&O") insurance is available to respond to the claims in this litigation and at least seven other unsettled lawsuits and claims arising out of the collapse of the Bank.  Significant defenses to liability and to the applicability of D&O insurance coverage exist in many of the lawsuits.  Collectively the lawsuits seek several billion dollars of damages; available D&O insurance originally totaled $160

million.  The D&O insurance consists of "self-consuming" policies that are eroded by defense fees which have already been significant.  In addition, the D&O insurance carriers contend that only one policy year with original limits of $80 million is available to respond to all of the claims.  Many of the parties to these actions contend that two policy years are available.  Confidential settlement demands have been exchanged in connection with recent mediation sessions (further discussed below in Section N), some of which are demands for settlement of some of the claims which may fall within the remaining policy limits.  The parties are conducting further mediations through the end of the year to see if progress toward a global settlement can be made through a collective demand within the remaining available policy limits by all of the plaintiffs and claimants with matters implicated by the available D&O insurance.

### G.  Motions:

At this time, the parties to this action do not anticipate filing any motions seeking to add other parties or claims, file amended pleadings, or transfer venue.  In the event a party does seek to file any such motion, it shall be filed no later than February 22, 2011.

### H.  Manual for Complex Litigation:

The case is not "complex" and does not require a reference to procedures set forth in the Manual for Complex Litigation.

### I.  Status of Discovery:

The parties exchanged initial disclosures pursuant to Rule 26(a)(1) on August 17, 2010.

On August 3, 2010, defendants Koon and Shellem served a written document request upon Plaintiff.  Plaintiff has produced documents to Defendants as set forth in the schedule attached hereto as **Exhibit C** and incorporated herein by reference.  Plaintiff's document productions identified in **Exhibit C** include documents produced during the course of the FDIC's investigation into the failure of IndyMac before this litigation was filed, documents produced in the Rule 26 exchange and documents produced in response

to the document request by defendants Koon and Shellem.

**J.   Discovery Plan:**

In light of the ongoing mediation efforts described in Sections F and N, the parties will not commence formal discovery, other than limited discovery needed to assist them in mediation efforts, until January 2011. The parties request a further status conference in late February 2011. The parties have prepared the bulk of this report on the assumption that the mediation efforts will be unsuccessful and outline a discovery plan, pretrial date and trial date based upon that assumption. The parties anticipate using all forms of discovery, including requests for production of documents, interrogatories, requests for admissions, depositions and third party subpoenas. The parties agree at this time that the limitations of 25 interrogatories per party to any other party provided for in the Federal Rules of Civil Procedure is not sufficient. The parties propose a total of 100 interrogatories per party to any other party. The parties agree that the limitations of 10 depositions per side in the matter is not sufficient. The parties instead propose a limitation of 30 depositions for Plaintiff and 40 depositions for the Defendants collectively. Defendants anticipate being able to agree to an allocation of depositions on their side among themselves and will seek to have the magistrate judge to whom this case is assigned resolve any disagreement. The parties also anticipate that the seven hour limit upon depositions of individual witnesses will be sufficient for the majority of the depositions and will seek to either reach agreement or to have the magistrate of this Court resolve any situations in which the seven hour time limit is not sufficient. The anticipated deponents will come from the list attached hereto as **Exhibit B**.

**K.   Discovery cut-off:**

As noted above, the parties respectfully suggest that the Court may wish to continue the November 15, 2010 status conference to late February 2011. In addition, the parties believe they will be better able to identify deadlines for completion of fact discovery after the counts that will proceed to trial in June 2012 are identified. As noted

**JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN**

in Section O below, the counts that would proceed to trial in Phase 1 shall be identified by February 15, 2011. Accordingly, the deadlines relating to fact discovery and expert discovery (set forth in Section L) may require amendment.

Fact discovery shall conclude on November 21, 2011. All requests for production of documents, interrogatories, requests for admissions, third party subpoenas and any other discovery device must be served by September 16, 2011 so that all production and response thereto will be served by October 17, 2011. In addition, any motion to compel further responses, along with a joint stipulation as required by Local Rule 37-2, must be filed by October 24, 2011.

**L.   Expert discovery:**

The last date for the parties' designation of expert testimony and disclosure of expert reports shall be October 20, 2011. Such expert witnesses shall be made available for a deposition at mutually convenient times during the 20 days following expert designation and service of the expert witness reports.

The last date for the parties' designation of rebuttal expert testimony and disclosure of rebuttal expert reports shall be November 30, 2011. Such expert witnesses shall be made available for deposition at mutually convenient times during the 30 days following the rebuttal expert designation and service of rebuttal expert witness reports.

Expert discovery cutoff:  December 30, 2011.

**M.   Dispositive motions:**

The parties anticipate filing motions for summary judgment and partial summary judgment. Plaintiff anticipates filing motions for partial summary judgment on one or more of the affirmative defenses asserted by Defendants and possibly on other issues not yet identified. Defendants anticipate filing motions for summary judgment on some or all of the counts alleged against them in the complaint. The parties shall file such dispositive motions, if any, no later than December 15, 2011. Such motions may be heard no earlier than February 27, 2012. The parties also anticipate filing motions in limine on these same

1  matters as well as on other matters related to fact and expert testimony to be presented at

2  trial.

3  **N.  <u>Settlement</u>:**

4  The parties have selected Settlement Procedure No. 3 under Local Rule 16-15.4

5  and are currently participating in mediations being held with Judge Daniel Weinstein

6  (Ret.) in the bankruptcy proceedings in *In Re IndyMac Bancorp*.  Mediation sessions

7  were held on September 22 in New York City and October 26 and 27 in San Francisco.

8  Further mediation discussions are anticipated between now and the end of the year.

9  Major obstacles to a global settlement exist, including those discussed above in Section

10 F.

11 **O.  <u>Trial Estimate</u>:**

12 Plaintiff requests a jury trial to commence on June 19, 2012.  Plaintiff estimates

13 that taking all 68 counts alleged in the complaint to trial will take in excess of 180 court

14 days.  Plaintiff proposes that 10 of the counts should be severed and tried first in a phase

15 1 trial.  Plaintiff estimates that phase 1 would take between 30 and 35 court days.

16 Plaintiff will identify the counts to comprise the phase 1 no later than February 15, 2011.

17 Plaintiff anticipates calling no more than 50 witnesses in this phase 1, and Defendants

18 anticipate calling no more than 50 witnesses of their own.  The parties will be able to

19 provide revised estimates of the number of witnesses in phase 1 and identify those

20 witnesses once the Plaintiff identifies which counts will be tried in phase 1.

21 **P.  <u>Trial counsel</u>:**

22 For Plaintiff:  Thomas D. Long (lead), David Graeler, David J. Farkas – Nossaman

23 LLP.

24 For defendants Shellem and Koon:  Kirby Behre (lead), Bradley Bloodworth, John

25 Durrant – Paul Hastings Janofsky & Walker LLP.

26 For defendants Van Dellen and Rothman:  Robert Corbin, Michael Fitzgerald

27 (lead), Joel Athey, Jessica Tulk – Corbin Fitzgerald & Athey.

28

394956.1_DOC                                    -7-

**Q.** **Independent Expert or Master:**

At this time, the parties do not anticipate the need for the appointment of a master pursuant to Rule 53 or an independent scientific expert.

**R.** **Timetable:**

See Attached **Exhibit A.**

**S.** **Other issues:**

See the proposal to sever the trial in Section O, above.


Dated: November 8, 2010

NOSSAMAN LLP
THOMAS D. LONG
DAVID GRAELER
DAVID J. FARKAS


By: _____ /s/ Thomas D. Long _____
THOMAS D. LONG
ATTORNEYS FOR FEDERAL DEPOSIT
INSURANCE CORPORATION, AS RECEIVER
FOR INDYMAC BANK, F.S.B.

Dated: November 8, 2010

CORBIN, FITZGERALD & ATHEY LLP
ROBERT L. CORBIN
MICHAEL W. FITZGERALD
JESSICA L. TULK


By: _____ /s/ Robert L. Corbin _____
ROBERT L. CORBIN
ATTORNEYS FOR DEFENDANTS SCOTT
VAN DELLEN AND WILLIAM ROTHMAN

Robert L. Corbin, Esq. (SBN 75445)
Michael W. Fitzgerald, Esq. (SBN 127164)
Jessica L. Tulk, Esq. (SBN 266258)
Corbin, Fitzgerald & Athey LLP
601 West Fifth Street, Suite 1150
Los Angeles, CA 90071-2024

394956.1_DOC                            -8-

1   Email:  rlcorb@corbfitzlaw.com
2            mwfitz@corbfitzlaw.com
            jtulk@corbfitzlaw.com
3

4   Dated: November 8, 2010              PAUL HASTINGS JANOFSKY & WALKER
5                                        LLP
                                         KIRBY BEHRE
6                                        BRADLEY BLOODWORTH
                                         JOHN DURRANT
7

8                                        By: _____/s/ Kirby Behre_____
9                                                 KIRBY BEHRE
                                         ATTORNEYS FOR DEFENDANTS KENNETH
10                                       SHELLEM AND RICHARD KOON

11

12  Kirby Behre, Esq. (Pro Hac Vice)
    Bradley Bloodworth, Esq. (Pro Hac Vice)
13  John Durrant, Esq. (SBN 217345)
    Paul Hastings Janofsky & Walker LLP
14  Washington D.C. Address:     875 15th Street, N.W.
15                               Washington, DC 20005
    Los Angeles Address:         515 South Flower Street, 25th Floor
16                               Los Angeles, CA 90071
17  Email:  kirbybehre@paulhastings.com
18          bradbloodworth@paulhastings.com
            johndurrant@paulhastings.com
19

20

21

22

23

24

25

26

27

28

394956.1_DOC                             -9-

**JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN**

# EXHIBIT A

## SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME:** Federal Deposit Insurance Corporation, etc. v. Van Dellen, et al.

**CASE NO:** CV-10-4915 DSF (SHx)

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length ___days) **(Tuesday)** | 8:00 am | | 6/19/12 | 6/19/12 | |
| <u>For Court Trial</u><br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | | | |
| Pretrial Conference, LR 16;<br>Hearing on Motions in Limine | 3:00pm | 4 | 5/21/12 | 5/21/12 | |
| <u>For Jury Trial</u><br>Lodge Pretrial Conference Order, LR 16-7;<br>File Agreed Set of Jury Instructions and Verdict Forms;<br>File Statement Regarding Disputed Instructions, Verdicts, etc.;<br>File Oppositions to Motions in Limine | | 6 | 5/7/12 | 5/7/12 | |
| <u>For Jury Trial</u><br>File Memo of Contentions of Fact and Law, LR 16-4;<br>Exhibit & Witness Lists, LR 16-5,6;<br>File Status Report Regarding Settlement;<br>File Motions in Limine | | 7 | 4/30/12 | 4/30/12 | |
| Last date to conduct Settlement Conf., LR 16-15 | | 12 | 3/26/12 | 3/26/12 | |
| Last day for **hearing** motions, LR 7 | | 14 | 2/27/12 | 2/27/12 | |
| Non-expert Discovery Cut-off | | | 11/21/11 | 11/21/11 | |
| Expert Disclosure (initial) | | | 10/20/11 | 10/20/11 | |
| Expert Disclosure (rebuttal) | | | 11/30/11 | 11/30/11 | |
| Expert Discovery Cut-off | | | 12/30/11 | 12/30/11 | |
| Last Date to Amend Pleadings or Add Parties | | | 2/22/11 | 2/22/11 | |
| | | | | | |

LR 16-15 Settlement Choice: ☐ 1. USMJ          ☒ 3. Outside ADR

☐ 2. Attorney Settlement Panel          ☐ 4. Judge Fischer

(>4 day trial estimate)

Exhibit A

9

# EXHIBIT B

# **Exhibit B**

## **Witness List**

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Adair, Tom | Account Officer |
| Abernathy, Blair | Chief Investment Officer |
| Adams, Bruce | Account Officer |
| Adams, Wayne L. | Guarantor |
| Adarkar, Ashwin | Executive Vice President |
| Adler, Scott Z. | Guarantor |
| Ainslie, Brian | Account Officer |
| Andersen, Thomas C., MAI | Appraiser reviewer |
| Andrews, Paul | |
| Antosh, Lynette | BOD |
| Arnett, Gary | HBD Workout Manager |
| Arnold, Gary | Former CEO of CLCA |
| Arrendendo, Canise | Senior Vice President |
| Aryana, Shahvand | Guarantor |
| Ashby, Richard K. | Guarantor |
| Augunas, Andrius | Guarantor |
| Bahrambeygui, Sherry | Guarantor |
| Banks, James | Executive Vice President |
| Barbour, James | Chief Compensation Officer |
| Bardis, Christo D | Guarantor |
| Bardis, Rachel K. | Guarantor |
| Bassett, Jeb R. L. | IAR Manager<br>Asset Quality Review Committee |
| Baty, Calvin E. | Guarantor |
| Beaumont, Bruce W. | CFO<br>Asset Quality Review Committee |
| Beck, Bruce | Account Officer<br>Asset Quality Review Committee |
| Bell, Matt | Financial Analyst |
| Bergdolt, Julie | |
| Bissett, John K. | OTS |
| Blackwood, Robert | Appraiser |
| Bode, Don | Account Officer |

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Bogel, Paul | Account Officer<br>Regional Manager |
| Boggs, David | Credit Officer<br>Asset Quality Review Committee |
| Bostic, Raphael | BOD |
| Bowman, Patricia | Credit - PBG |
| Braswell, James W.<br>Braswell, Joyce A. | Guarantor |
| Braun, Greg | Guarantor |
| Braun, Sherwin J. | Guarantor |
| Buckler, Daris | |
| Caldera, Louis | BOD |
| Caldera, Louis E. | Director |
| Callan, Kevin | CEO of IndyMac Securities |
| Camp, Todd | Credit Officer<br>Asset Quality Review Committee<br>Junior Loan Committee Member |
| Cannon, David | Financial Analyst |
| Carothers, John E. MAI<br>Smith, Dennis L. MAI<br>Howell, Chris A. MAI<br>Venuti, Thomas M.<br>Smith & Associates | Appraisers |
| Carter, Brian | VP Financial Planning |
| Cervantes, Arthur | |
| Chapman, Dennis J. | President of Homeland/Romoland ADP, Inc. |
| Ching, Christina | Senior Vice President |
| Choi, Christie | |
| Christopherson, Keith S.<br>Christopherson, Brenda L. | Guarantor |
| Clark, Susie | OTS |
| Cochrane, Kevin | Director of Human Resources |
| Conde, Cecelia | |
| Cook, Drinda | |
| Cousins, Josh | 1st Vice President |
| Cramer, William R. | Co-developer |
| Crenshaw, Robert D. MAI | Appraiser |

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Crenshaw Williams Appraisal Co. | |
| Cruzan, Cressa | Account Officer |
| de Leon, Pete | |
| DeClark, Gary L. MAI<br>Walling, Jeremy R. MAI | Appraiser |
| DePriest, David | Credit Officer |
| Desai, Ashit | |
| Dichosa, Aurora | |
| Dochow, Darrel W. | OTS |
| Doherty, Carolanne MAI<br>Mitchell, Greg | Appraiser |
| Dunmore, Sydney | Guarantor |
| Dunn, Steven D. MAI<br>PGP Valuation Inc. | Appraiser |
| Dunne, Kevin | Chief Appraiser<br>ERM Committee |
| Ebers, Tony | CEO Consumer Bank |
| Eliopulos, Andrew J. | Guarantor |
| Eliopulos, Georgia | Guarantor |
| Evans, Jeff | Credit Officer |
| Ezgur, Michael | Guarantor |
| Faherty, Joseph W.<br>June E. Faherty | Guarantor |
| Faylor, David G. | Guarantor |
| Federico, Lisa L. MAI<br>Smith & Associates | Appraiser |
| Fichman, David | Credit Officer |
| Flores, Vangie | Loan Administration |
| Fong, Robert | Vice President |
| Frauenthal, Michael F.MAI | Appraiser |
| Gabriel, Stuart A. | Director<br>ERM Committee |
| Galloway, Kevin | Credit - PBG |
| Galoosian, Roobik | Corporation Insurance |
| Garibay, John | Financial Analyst |
| Gates, John J. | Guarantor |
| Geleerd, James D. (Jake) | Guarantor |
| Gerg, Marcia | Account Officer |

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Giannella, Ralph J. | Guarantor |
| Ginsclair, Jerry P. MAI Zorn, Thomas E. CBRE | Appraiser |
| Gomez (Garcia), Denise | Credit Officer |
| Gramley, Lyle E. | Director ERM Committee |
| Grant, Hugh M. | Director |
| Greene, Gabrielle E. | Director |
| Gregovich, Steven M. | OTS |
| Griffin, Thomas | Account Officer |
| Grimland, Maria A. (Roa) | Operations Manager |
| Grover, Samir | Principal Accounting Officer |
| Grygiel, Al | Regional Manager |
| Haden, Patrick C. | Director |
| Hadra, Andrew C. | Guarantor |
| Hall, Chic | Account Officer |
| Hallock, Tom | |
| Hamilton, Kimberly | Financial Analyst |
| Hamm, Scott S. MAI | Appraiser |
| Handel, Mark | Guarantor |
| Hanson, Daniel J. MAI | Appraiser |
| Harris, Dennis A. | Guarantor |
| Henry, David | OTS |
| Hewes, David A. | OTS |
| Heyne, Bernarr W. | Guarantor |
| Heyrick, Simon | Chief Credit Officer ERM Committee |
| Hickey, David | Senior Vice President |
| Hickock, Bruce I. | OTS |
| Hill, James A. | Guarantor |
| Hitchcock, Linda | Senior Vice President |
| Ho, Antony | Account Officer |
| Hodel, Terrance G. | Director ERM Committee |
| Hodge, Roger M. MAI CBRE | Appraiser |
| Hoffman, Richard | FDIC |

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Holt, Patrice MAI<br>Holt Associates | Appraisal reviewer |
| Holtzman, Stuart D. | Guarantor |
| Horner, Ken | Chief Resource Officer |
| Hudspeth, Rebecca | |
| Huey, Janice K. | Senior Vice President |
| Huitrado, Anthony M. | |
| Hunt II, Robert L. | Director<br>ERM Committee |
| Hunt-Fuhr, Christina | Senior Vice President |
| Hurlburt, Randal B. | Guarantor |
| Hurley, Timothy M. | Asset Quality Review Committee |
| Hutchinson, James Q. MAI<br>Hutchinson Valuation | Appraiser |
| Hymel, Patrick | Vice President Retained Assets |
| Jacobson, Jill | Vice President |
| Jee, Jonathan | Credit |
| Johnson, Kurt | Senior Vice President |
| Johnson, Mark. W. | OTS |
| Johnson, Russell | OTS |
| Jones, Andrew D. MAI<br>CBRE | Appraiser |
| Jones, James | |
| Jones, Shemika | |
| Jones, Wesley MAI<br>Jones & Company | Appraiser |
| Kaiser, Ken MAI<br>Holt Associates | Appraisal reviewer |
| Kammer, Daniel | 1st Vice President |
| Kanani, Fareed | Credit Officer |
| Kapadia, Vince H.<br>Gribin Kapadia & Associates | Appraiser |
| Karlen, Christopher<br>Gutzman, Robert MAI<br>CBRE | Appraiser |
| Kaufman, Letty | Account Officer |
| Kazanchyan, Anna | Financial Analyst |
| Kennard, Lydia H. | Director |

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Kerhart, Steven C. | Guarantor |
| Keys, Scott A. | Director CFO |
| Kirch, Kurt | OTS |
| Knorr, Joseph | OTS |
| Koerber, Douglas | Account Officer |
| **Koon, Richard (D)** | Chief Lending Officer |
| Krcmarik, James | Credit Officer Asset Quality Review Committee |
| Kristofferson, Nancy MAI | Appraisal reviewer |
| Kuczek, Richard A. | OTS |
| Lafferty, Richard S. | Guarantor |
| Laik, Philippe | Guarantor |
| Launer, Michael MAI Launer & Associates | Appraiser |
| Lei, Tui | |
| Letendre, Jason | |
| Lieber, Rick | Senior Vice President |
| Lin, Christie | Financial Analyst |
| Lo, William W. | Guarantor |
| Luttenberger, Peter | Director of Reporting |
| Magellanes, Jenda | Credit Administration Asset Quality Review Committee |
| Mai, Evan V. | Guarantor |
| Maisel, Matthew | Guarantor |
| Manchester, Craig | Guarantor |
| Marquardt, Carrie (Anderson) | Account Officer |
| Marsh, Pam | Executive Vice President |
| Martin, Gregory S. MAI Martin & Associates | Appraiser |
| Martin, Scott | |
| Martin, Vernon, MAI | Appraiser |
| Martinez, Eneyda | Loan Administration |
| Massos, Bill | Financial Analyst |
| Mathoda, Raymann | Chief People and Efficiency Officer |
| McComic, R. Barry | Guarantor |
| McGovney, Susan | Senior Vice President |

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Meitzen, M. Christopher MAI MDS | Appraiser |
| Melbourne, Ruthann K. | Chief Risk Officer |
| Milek, Myles | Account Officer |
| Minier, Michelle | Executive Vice President |
| Miyashiro, Russell | OTS |
| Moe, Robert | |
| Mowles, Larry | Financial Analyst |
| Munio, David J. | |
| Nebot, Francisco | Treasurer |
| Nelson, Mark C. | |
| Nelson, Maryn | Financial Analyst |
| Nemeth, John | ERM Committee |
| Neumann, Ken | Guarantor |
| Newkirk, Chris | President - PBG Asset Quality Review Committee |
| Nyland, Nicholas | Quality Control |
| O'Donnell, Timothy | OTS |
| Okuma, Lesar | HBD |
| Olinski, John | Chairman of Board |
| Palmbaum, Bruce A. | Guarantor |
| Palmer, Donald R. MAI PGP Valuations | Appraiser |
| Pappalardo, Chris | |
| Paretti, Martin | Corporate Controller |
| Perry, Joe | Internal Audit |
| Perry, Michael W. | Director CEO |
| Perry, Robert | HBD Builder Inspector |
| Perry, Roger | Account Officer |
| Pham, James | Financial Analyst |
| Phan, Le | Financial Analyst |
| Pikoos, Jennifer | Compensation and Benefits |
| Pinn, Alan R. | Guarantor |
| Pinn, David R. | Guarantor |
| Pizzi, Ron | Financial Analyst |
| Poag, Randolph J. | Guarantor |
| Potthast, John | OTS |

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Presley, Robert W. | Guarantor |
| Price, Sol | Guarantor |
| Priske, Casey | |
| Prottas, Mark MAI CBRE | Appraiser |
| Ramirez, Geoffrey | Account Officer (started in credit) |
| Ramsier, Anthony | Account Officer |
| Ray, Tim D. | Chief Credit Officer |
| Redman, Lawrence E. | Guarantor |
| Reiley, Mark E. | OTS |
| Resendez, Karen | |
| Reynen, John D. | Guarantor |
| Rosen, Steven F. | Account Officer |
| Rosenfeld, Gene | Guarantor |
| Ross, Mark Robert | Guarantor |
| **Rothman, William (D)** | Chief Lending Officer Asset Quality Review Committee |
| Rover, Vincent J. | Guarantor |
| Rutherford, Clyde Daniel | Account Officer |
| Sastri, Suriya M.D. | Dr. Gansean Visvabharathy's wife |
| Schleining, John Schleining, Cathy | Guarantors |
| Seymour, John F. (Ret. Senator) | Director |
| Shamlian, Gregory | Account Officer |
| **Shellem, Ken (D)** | Chief Credit Officer Asset Quality Review Committee |
| Shireffs, James | 1st Vice President |
| Sillman, Frank | CEO Mortgage Banking |
| Sosnovich, Gregory | Senior Vice President |
| Soueidan, Grace | PBG President |
| Soveidan, Neeru | Financial Analyst |
| Stephens, Reckkita | Credit |
| Stunard, Eugene MAI Appraisal Research Counselors | Appraiser |
| Taft, Robert | Financial Analyst |
| Tekippe, Ted | Mortgage Loan Administration |

| NAME | POSITION/AFFILIATION (if known) |
|------|--------------------------------|
| Tempkin Jerry A. MAI<br>Tempkin, Inc. | Appraiser |
| Teobardi, Michael MAI<br>MT Associates | Appraiser |
| Terwilliger, John | Account Officer |
| Thomas, Jeffrey | FDIC |
| Tiegs, Barbara | Appraisal reviewer |
| Todd, Dorcas | Chief Administrative Officer |
| Tsakopoulos, Angelo | Guarantor |
| Ukropina, James R. | Director |
| Van de Pol, Michelle MAI<br>Burk, Susanna<br>Integra Realty | Appraiser |
| **Van Dellen, Scott (D)** | CEO of HBD |
| Veteto, Gary | Account Officer |
| Visvabharathy, Ganesan | Guarantor |
| Vogel, Jules | General Counsel |
| Volt, Josh | Financial Analyst |
| Wade, Aaron | Senior Vice President |
| Walker, Daniel | FDIC |
| Wallstrom, Robert J. | Guarantor |
| Walsh, Brian | Account Officer |
| Watkins, Paul K. | Watkins, Blakely & Torgerson LLP |
| White, Gregory | Account Officer |
| Wiggins, Oscar A. | Co-developer |
| Williams, Charles A. | Chief Audit Executive |
| Willison, Bruce G. | Director |
| Wohl, Richard | President |
| Wong, Shirley | |
| Woodworth, Victor | Senior Vice President |
| Yocum, T. Michael | Account Officer |
| Zaccaglin, Victor | Guarantor |
| Zandy, Mark | Ecomony.com Analyst |
| Zawada, Rick | Financial Analyst |
| Zell, Craig MAI<br>Zell & Associates | Appraiser |
| Zenker, Steven A. MAI<br>Cushman & Wakefield | Appraiser |

| NAME | POSITION/AFFILIATION (if known) |
|---|---|
| Zhuang, Amy | Asset Quality Review Committee |
| Ziegenmeyer, Kevin K. MAI | Appraiser |
| Ziegler, Maria | |
| Ziegler, Vicky | Financial Analyst |
| Zywiciel, Brandon | Financial Analyst |

# EXHIBIT C

## Exhibit C

## Summary Index of Documents Produced to Defendants

| Date Produced | Description of Production[1] |
|---|---|
| 04/14/2009 | Master Index of 519 Pasadena Boxes to counsel for Defendants Koon and Shellem |
| 04/14/2009 | D&O insurance policies to counsel for Defendants Koon and Shellem |
| 04/29/2009 | .pst files of William Rothman and Richard Wohl and Maureen Project list[2] to counsel for Defendants Van Dellen and Rothman |
| 05/27/2009 | 519 Pasadena boxes and HBD loan files (with privileged material removed) to counsel for Defendants Van Dellen and Rothman |
| 06/18/2009 | .pst files of Todd Camp to counsel for Defendants Van Dellen and Rothman |
| 07/13/2009 07/21/2009 | Hard drive containing 160 HBD boxes |
| 07/23/2009 | Index of HBD boxes to counsel for Defendants Koon and Shellem |
| 08/11/2009 | HBD T-Drive (exchange server) |
| 09/29/2009 | McKinsey & Company analyses regarding HBD to counsel for Defendants Koon and Shellem |
| 09/29/2009 | OTS Exams re: HBD for 2001-2008 to counsel for Defendants Koon and Shellem |
| 10/06/2009 | HBD loan list and Maureen Project list to counsel for Defendants Koon and Shellem |
| 10/26/2009 | Pasadena boxes 38, 44, 45, 52, 59, 60, 69, 70, 74, 75, 76, 84, 86, 94, 108, 112, 115, 120, 128, 135, 136, 143, 148, 149, 151, 156, 175, 187, 221, 222, 226, 228, 235, 247, 249, 258, 270, 274, 276, 277, 283, 285, 304, 310, 311, 312, 314, 321, 323, 324, 325, 342, 349, 366, 372, 377, 378, 380, 384, 409, 410, 411, 434, 437, 438, 441, 444, 446, 447, 448, 449, 450, 451, 454, 455, 457, 462, 463, 465, 469, 471, 472, 481, 483, 497, 505, 521 to counsel for Defendants Koon and Shellem (based on a list provided by said counsel after their review of the Master Index) |
| 10/26/2009 | .pst files of Jeb Bassett, Todd Camp, Chris Newkirk, Michael Perry, William Rothman, Scott Van Dellen, and Richard Wohl to counsel for |

---

[1] Unless noted otherwise, documents have been produced to all Defendants and their counsel.

[2] This project captured the .pst files and hard drives of 106 IndyMac employees.

Exhibit C-1

| Date Produced | Description of Production[1] |
|---|---|
|  | Defendants Koon and Shellem |
| 08/17/2010 | Documents produced by Brian Ainslie |
| 08/17/2010 | Documents produced by William Rothman |
| 08/17/2010 | Electronically stored information ("ESI") produced by Geoffrey Ramirez |
| 08/17/2010 | ESI produced by Doug Koerber |
| 08/17/2010 | Documents produced by Anthony Ramsier |
| 08/17/2010 | Documents produced by Scott Van Dellen |
| 08/17/2010 | Documents re: HBD produced by Michael Perry |
| 08/17/2010 | Documents produced by David Boggs |
| 08/17/2010 | Documents produced by Don Bode |
| 08/17/2010 | Documents related to Eastdil- and DebtX-brokered note sales of HBD loans |
| 08/17/2010 | Documents produced by Greg Shamlian |
| 08/17/2010 | Documents produced by McKinsey & Company |
| 08/17/2010 | Documents related to sale of HBD loans to IndyMac Venture, LLC |
| 08/17/2010 | Documents produced by Paul Bogel |
| 08/17/2010 | Documents produced by Ken Shellem |
| 08/17/2010 | Documents related to Fiesta Development produced by guarantor Richard Ashby |
| 08/17/2010 | Documents related to McComic Consolidated, Inc. produced by The Price Group |
| 08/17/2010 | Documents produced by Richard Wohl |
| 08/17/2010 | 519 Pasadena boxes (many had not been previously produced to Defendants Shellem and Koon) |
| 09/02/2010 | Documents produced by Andrew Jones |
| 09/02/2010 | Documents produced by Orrick, Herrington & Sutcliffe LLP |
| 09/02/2010 | Documents produced by KPMG |
| 09/02/2010 | FDIC Board Resolution authorizing subject action |
| 09/10/2010 | Processed email files of William Rothman, Todd Camp, Michael Perry, Scott Van Dellen and Richard Wohl |
| 09/27/2010 | Processed email files of Jeb Bassett, Ruthanne Melbourne, Christopher Newkirk and Tim Hurley |

Exhibit C-2