NOSSAMAN LLP
THOMAS D. LONG (SBN 105987)
DAVID GRAELER (SBN 197836)
DAVID J. FARKAS (SBN 203821)
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: 213.612.7800
Facsimile: 213.612.7801
Email: tlong@nossaman.com
         dgraeler@nossaman.com
         dfarkas@nossaman.com

Attorneys for the Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B.<br><br>Plaintiff,<br><br>v.<br><br>SCOTT VAN DELLEN, RICHARD KOON, KENNETH SHELLEM, AND WILLIAM ROTHMAN,<br><br>Defendants. | Case No.: 10-CV-04915 DSF (SHx)<br><br>**STIPULATED ORDER REGARDING CONFIDENTIALITY OF OFFICE OF THRIFT SUPERVISION DOCUMENTS** |

~4285613.doc

STIPULATED ORDER REGARDING CONFIDENTIALITY OF OFFICE OF THRIFT SUPERVISION DOCUMENTS

Upon consideration of the Stipulation for Entry of Order Regarding Confidentiality of Office of Thrift Supervision Documents (the "Stipulation") filed by the Federal Deposit Insurance Corporation ("Plaintiff" or "FDIC"), as Receiver for IndyMac Bank, F.S.B. ("IndyMac or the "Bank), and together with defendants Scott Van Dellen, Richard Koon, Kenneth Shellem, and William Rothman (collectively, the "Defendants") and the Office of Thrift Supervision ("OTS"), and good and sufficient cause appearing to exist for granting the relief requested in the Stipulation,

**IT HEREBY IS ORDERED THAT:**

1. The Stipulation is approved.

2. This stipulated order ("Order") establishes a procedure governing the disclosure of OTS Information, as defined in the Stipulation, by Plaintiff to Defendants and imposes obligations on persons receiving OTS Information to protect it from unauthorized use or disclosure.  It is agreed that the following procedures shall be adopted for the protection of such OTS Information.

3. OTS Information shall not be disclosed to anyone except as provided in this Stipulation.

4. Except as hereinafter provided, OTS Information shall be used only in the Action for purposes necessary to the prosecution or defense of claims.  OTS Information shall not be used for any other purpose, including but not limited to commercial, business, competitive or other purposes, for any reason whatsoever, or in or for any other judicial or administrative proceedings, disputes, or cases unrelated to the Action.

5. With respect to the filing of any OTS Information under seal, the parties to the Stipulation shall comply with Paragraph 6 of the August 2010 Standing Order for Cases Assigned to Judge Dale S. Fischer and Local Rule 79-5 of the Central District of California.  If the Court grants an application to file OTS Information under seal, such OTS Information shall be filed in sealed envelopes bearing the caption of this Action,

a brief description of the nature of the contents of the sealed envelope, the word "CONFIDENTIAL" and a statement in substantially the following form:

> "THIS ENVELOPE IS SEALED PURSUANT TO ORDER OF THE COURT AND CONTAINS CONFIDENTIAL INFORMATION, AND IS NOT TO BE OPENED OR THE CONTENTS THEREOF TO BE DISPLAYED OR REVEALED BY ANYONE EXCEPT UPON ORDER OF THE COURT."

6. OTS Information may be disclosed only to the Court; court personnel; court reporters and video personnel recording depositions where OTS Information is disclosed; Plaintiff and Defendants; counsel for Plaintiff and Defendants; support staff of the parties and their counsel (e.g., paralegals, secretaries, law clerks, internal or external copying services); and to "Qualified Persons," defined as follows:

   (a) Expert witnesses or consultants retained by Plaintiff or Defendants or by their respective counsel.

   (b) Witnesses during depositions.

7. Before counsel for Defendants may disclose OTS Information to a Defendant or Qualified Person, counsel shall obtain from the Defendant or Qualified Person who is going to receive such OTS Information an executed copy of the Non-Disclosure Certificate attached hereto. Counsel who discloses OTS Information to a Defendant or Qualified Person shall provide each such Defendant or Qualified Person with a copy of this Order and shall retain the Defendant's or Qualified Person's original executed Non-Disclosure Certificate pending further order of the Court or for a one-year period following the final termination of the Action.

8. In the event that any OTS Information is used or referred to at a deposition, those portions of the transcript referring to OTS Information shall be deemed OTS Information subject to the provision of this Order.

~4285613.doc

STIPULATED ORDER REGARDING CONFIDENTIALITY OF OFFICE OF THRIFT SUPERVISION DOCUMENTS

9. In the event a Defendant or a Qualified Person subject to this Order (a) is subpoenaed in another action, (b) is served with a demand in another action to which a Defendant or a Qualified Person is a party, or (c) is served with any other legal process that seeks OTS Information, the recipient of such subpoena, demand or other legal process shall give written notice of the receipt of such subpoena, demand or other legal process to OTS counsel at the address indicated below within seven (7) calendar days from the date of service of such subpoena, demand or other legal process.  Nothing herein shall be construed as requiring the person or party from whom OTS Information is being sought, or anyone else subject to this Order, to challenge or appeal any order requiring production of OTS Information protected by this Order, or to subject itself to any penalties for noncompliance with any legal process or order, or to seek any relief from this Court.

10. Within 30 days of the conclusion of the Action, including any appeal, any Defendant or Qualified Person who is in possession of OTS Information shall return such OTS Information to counsel for Plaintiff or shall destroy it. Written confirmation of such return or destruction shall be forwarded to counsel for Plaintiff.  Notwithstanding this provision, however, OTS Information that (1) has been filed in pleading files maintained by counsel, or (2) is mentioned in notes, memoranda or other writings prepared by counsel and covered by the work product doctrine, need not be returned or destroyed.

11. Prior to the disclosure at any hearing in this Action of any OTS Information, counsel who desires to disclose such OTS Information shall take reasonable steps to afford counsel for the other parties to the Stipulation the opportunity to object to disclosure of OTS Information in open court.

//
//
//
//

~4285613.doc

STIPULATED ORDER REGARDING CONFIDENTIALITY OF OFFICE OF THRIFT SUPERVISION DOCUMENTS

1        12.    All persons bound by this Order are hereby notified that if this Order is in any manner violated, the person or entity who commits such violation shall be subject to such sanctions as the Court, on motion and after notice and a hearing, deems just. In addition, the OTS may seek appropriate injunctive relief from this Court.

NOVEMBER 10, 2010

*/s/ Stephen J. Hillman*

STEPHEN J. HILLMAN
United States Magistrate Judge

~4285613.doc

STIPULATED ORDER REGARDING CONFIDENTIALITY OF OFFICE OF THRIFT SUPERVISION DOCUMENTS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B.<br><br>Plaintiff,<br><br>v.<br><br>SCOTT VAN DELLEN, RICHARD KOON, KENNETH SHELLEM, AND WILLIAM ROTHMAN,<br><br>Defendants. | Case No.: 10-CV-04915 DSF (SHx)<br><br>**NON DISCLOSURE CERTIFICATE** |

I certify my understanding that access to OTS Information is provided to me pursuant to the terms and restrictions of a Stipulated Order Regarding Confidentiality of OTS Documents entered in the above-captioned litigation on _____, 2010 (the "Order").  I certify that I have been given a copy of, and have read, the Order and agree to comply with its terms.  I understand that the contents of any OTS Information shall not be disclosed to anyone other than in accordance with the Order and shall be used only for the purposes set forth therein.

I agree to be subject to the jurisdiction of this Court for purposes of enforcement of this Non-Disclosure Certificate and the Order.

By: _____

Title: _____

Representing: _____

Date: _____

~4285613.doc