# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B.<br><br>Plaintiff,<br><br>v.<br><br>SCOTT VAN DELLEN, RICHARD KOON, KENNETH SHELLEM, AND WILLIAM ROTHMAN,<br><br>Defendants. | Case No.:  CV 10-4915 DSF (CWx)<br><br>**ORDER TO SHOW CAUSE RE: AUTHENTICATION OF TRIAL EXHIBITS**<br><br>Date:     November 5, 2012<br>Time:     1:30 p.m.<br>Dept:     Courtroom 840<br>Judge:    Hon. Dale S. Fischer |

Following the Final Pretrial Conference held on October 15, 2012, and to supplement the Final Pretrial Conference Order dated October 16, 2012 [Docket No. 450], IT IS ORDERED:

1. The parties are to meet and confer as soon as reasonably practicable, and in no event later than October 26, 2012, to attempt to reach agreement on the authenticity under Federal Rule of Evidence 901 of each exhibit ("trial exhibit") identified on the Joint Trial Exhibit List [Docket No. 306].

2. If, despite the best efforts of the parties and their counsel, there remain disagreements about the authenticity of one or more trial exhibits, the party (or parties) challenging the authenticity of such trial exhibit(s) shall file and serve on all other parties no later than October 31, 2012 a list of the exhibits to which they object.

3. Any exhibits for which the authenticity has been challenged will need to be authenticated prior to or at trial by a sufficient showing on the part of the party which seeks to use or introduce the exhibit at trial. The parties reserve their objections to admissibility for any documents to which they stipulate to authenticity.

DATED: October 23, 2012

_____
THE HON. DALE S. FISCHER
United States District Court Judge