UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B.<br><br>Plaintiff,<br><br>v.<br><br>SCOTT VAN DELLEN, RICHARD KOON, KENNETH SHELLEM, AND WILLIAM ROTHMAN,<br><br>Defendants. | Case No.:  CV 10-4915 DSF (CWx)<br><br>**ORDER AND JUDGMENT OF DISMISSAL AS TO DEFENDANT WILLIAM ROTHMAN** |

1    Whereas, on July 2, 2010, Plaintiff Federal Deposit Insurance Corporation as
2 Receiver for IndyMac Bank F.S.B. ("FDIC-R") filed its Complaint against Defendant
3 William Rothman ("Rothman"), among others. [Dkt. No. 1].
4    Whereas, Rothman answered the FDIC-R's Complaint on September 7, 2010.
5 [Dkt. No. 34].
6    Whereas, FDIC-R and Rothman agreed to settle their dispute on or about
7 September 10, 2012.
8    Whereas, on October 31, 2012, the Court granted the FDIC-R's Motion Re: Good
9 Faith Settlement (California Code of Civil Procedure Section 877.6) and determined that
10 the settlement between the FDIC-R and Rothman was made in good faith. [Dkt. No. 489]
11    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action, Case
12 No. CV 10-4915, shall be, and hereby is dismissed without prejudice only as to defendant
13 William Rothman, each party to bear its own costs and fees.

DATED: 11-1-12

THE HON. DALE S. FISCHER
United States District Court Judge

-1-