UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 10-4915 DSF(CWx) |
| Title: | Federal Deposit Insurance Corporation v. Scott Van Dellen et al |
| Date | 12/6/12 |

Present: The Honorable **DALE S. FISCHER**

| Debra Plato | Pamela Batalo |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Thomas Long, Patrick Richard, David Graeler, Jennifer Meeker | Kirby Behre, Lauren Briggerman, Joshua G. Hamilton, Damian Martinez, Eric L. Dobberteen, Amir Kaltgrad, Jenifer Doan |

\_\_\_\_ Day Court Trial   Sixteenth Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   X Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
X Closing arguments made by   \_\_\_\_ plaintiff(s)   2 defendant(s).   X Court instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by Plaintiff is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel and Court grants stipulation of the parties to allow the modified exhibit list be submitted to the Jury for deliberation with the exhibits.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   12/7/12 @ 8:00 am   for further trial/further jury deliberation.
X Other: Court modifies Jury Instruction 28 as set forth on the record. Court denies motion for directed verdict. Jury notes 1 &2 received

2 : 55

Initials of Deputy Clerk   dp

cc: