JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., <br>       Plaintiff, <br>   v. <br> SCOTT VAN DELLEN, et al., <br>       Defendants. | Case No. CV 10-4915 DSF (CWx) <br><br> **JUDGMENT** |

453060

[PROPOSED] JUDGMENT

A trial of 23 counts in the Complaint in the above-entitled action (the "Action") was held resulting in a jury verdict on December 7, 2012, and the parties having stipulated to the dismissal of the remaining untried counts in the complaint, and it appearing by reason of the foregoing that plaintiff is entitled to recover judgments against defendants,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT

Judgment be entered in favor of plaintiff The Federal Deposit Insurance Corporation as the Receiver of IndyMac Bank, F.S.B. in the total amount of $168,813,475, of which defendant Scott Van Dellen is liable for the entire amount, defendant Kenneth Shellem is jointly and severally liable for $145,559,819, and defendant Richard Koon is jointly and severally liable for $121,838,240, with post-judgment interest as prescribed by law.

*Dale S. Fischer*

Dated: 4/30/14

Judge of the District Court

Presented by:

Nossaman LLP
Thomas D. Long
David Graeler
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: (213) 612-7800
Facsimile: (213) 612-7801

453060

-1-

[PROPOSED] JUDGMENT